# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DECIO PEREIRA DE OLIVEIRA,**
**Petitioner,**

**v.** **C.A. No. 26-569 JJM**

**MICHAEL NESSINGER, et al.,**
**Respondents.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to this Court's Order entered on August 20th, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered granting Petitioner Decio Pereira De Oliveira's Petition for Writ of Habeas Corpus.

It is so ordered.

August 20, 2026

By the Court:

/s/ Ryan H. Jackson
Deputy Clerk